FEBRUARY TERM, 1867.          521

Paxton, adm'r, v. Humber et al.—State ex rel. Kyger v. Holt Co. Ct.

WILLIAM PAXTON, ADM'R, &c., Appellant, v. N. HUMBER et al., Respondents.

*Practice — Parties.* — The Supreme Court will not consider a case until the proper parties are brought into court.

### Appeal from Platte Circuit Court.

FAGG, Judge, delivered the opinion of the court.

It appears from the record in this case that all the parties necessary to a determination of it have not been brought into court, and it must therefore be stricken from the docket.

The other judges concur.